**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DOUGLAS T FLOYD, MARK FLOYD, § § Plaintiffs, § § v. § § SATU TUULIA AALAEI, § § Defendant. § § § | CIVIL ACTION NO. 4:15-CV-00525 (JUDGE CLARK/JUDGE JOHNSON) |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 5, 2016, the report of the Magistrate Judge (Dkt. #65) was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss pursuant to Chapter 27 of the Texas Civil Practice & Remedies Code, or in the alternative, pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. #52), should be denied.

Having received the report of the United States Magistrate Judge, and fourteen (14) days having passed with no objections filed by either party, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court.

So **ORDERED** and **SIGNED** this **26** day of **October, 2016.**

_____
Ron Clark, United States District Judge